UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 7: 15-010-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 7: 18-100-DCR |
| V. | ) | |
| | ) | |
| ROY DEAN PRATT, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Defendant/Movant Roy Dean Pratt's motion for relief pursuant to 28 U.S.C. § 2255 is **DENIED** and this collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

2.      Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised by Defendant/Movant Roy Dean Pratt in this proceeding under 28 U.S.C. § 2255.

3.      A Certificate of Appealability will not issue.

4.      This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: March 5, 2019.



Signed By:

*__Danny C. Reeves__*

**United States District Judge**