UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 7: 15-010-DCR |
| | ) | and |
| V. | ) | Civil Action No. 7: 25-079-DCR-CJS |
| | ) | |
| ROY DEAN PRATT, | ) | |
| | ) | **MEMORANDUM ORDER** |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of what constitutes Defendant/Movant Roy Dean Pratt's third motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Record No. 126] The most recent motion was filed November 24, 2025. Consistent with local practice, Pratt's motion was referred to United States Magistrate Judge Candace J. Smith for review and issuance of a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B).

United States Magistrate Judge Smith issued her R&R on December 4, 2025, recommending that the motion be transferred to the United States Court of Appeals for the Sixth Circuit under 28 U.S.C. § 631 for a determination of whether Pratt will be granted authorization to file a second or successive § 2255 motion. [Record No. 127] Pratt was advised through the R&R that he had 14 days to file specific written objections to any findings or recommendations and, if timely filed, any such objections would then be subject to *de novo* review by the undersigned. [*Id.* at p. 4] And Pratt was further cautioned that his failure to make timely objections may, and normally will, result in a waiver of further appeal or review

by the undersigned and the court of appeals. [*Id.*] Notwithstanding these warnings, Pratt has not filed objections to the issue addressed by the Magistrate Judge.

While this Court must make a *de novo* determination of those portions of the R&R to which an objection is made pursuant to 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Based on the foregoing, the Magistrate Judge's R&R will be adopted in full. Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Candace J. Smith [Record No. 127] is **ADOPTED** and **INCORPORATED** in full.

2. The Clerk of this Court is **DIRECTED** to transfer Defendant Pratt's construed motion to file a second or successive request for relief under 28 U.S.C. § 2255 [Record No. 126] to the United States Court of Appeals for the Sixth Circuit in accordance with 28 U.S.C. § 2244 and Rule 9 of the Rules Governing Section 2255 Proceedings.

3. To the extent Pratt seeks relief from this Court, his motion [Record No. 126] is **DENIED**.

Dated: December 29, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky